IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| LESLIE YOUNG LODGE POLE, | CV-16-110-GF-BMM-JTJ |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| EMERY NAULT, et al., | |
| Defendants. | |

On February 9, 2018, the Court received a letter, construed as a motion for extension of time, from the Plaintiff Leslie Young Lodge Pole. (Doc. 25). Plaintiff is seeking an extension of time to file his preliminary pretrial statement, statement of stipulated facts and joint discovery plan. Plaintiff is also asking that the preliminary pretrial conference scheduled for March 7, 2018 be vacated and reset. Plaintiff did not state in his motion if the Defendants oppose this motion.

Accordingly, **IT IS HEREBY ORDERED** that the Defendants will file their response brief to Plaintiff's Motion for Extension of Time on or before March 2, 2018.

DATED this 27th day of February, 2018.

John Johnston
United States Magistrate Judge

-1-