IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LESLIE YOUNG LODGE POLE,<br><br>Plaintiff,<br><br>v.<br><br>EMERY NAULT, et al.,<br><br>Defendants. | CV-16-110-GF-BMM-JTJ<br><br>**ORDER** |

On February 9, 2018, the Court received a letter, construed as a motion for extension of time, from the Plaintiff Leslie Young Lodge Pole. (Doc. 25). On February 27, 2018, the Court ordered that the Defendants file a response brief to Plaintiff's Motion for Extension of Time on or before March 2, 2018. Defendants complied with the Court's order on that same day. (Doc. 28).

On February 28, 2017, the parties filed a Joint Discovery Plan and a Statement of Stipulated Facts. (Docs. 29 and 30). Therefore, Mr. Lodge Pole's motion to extend the time in which to file these documents is **DENIED** as moot.

Mr. Lodge Pole's motion to vacate the Preliminary Pretrial Conference is **DENIED** denied because he failed to contact opposing counsel in relation to this motion and he failed to set forth good cause for seeking this conference to be vacated. Therefore, the Preliminary Pretrial Conference will be held on March 7,

2018, as previously ordered.

Mr. Lodge Pole's failure to file a Preliminary Pretrial Statement will be addressed at the Preliminary Pretrial Conference.

DATED this 5th day of March, 2018.

/s/ John Johnston
John Johnston
United States Magistrate Judge