# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LESLIE YOUNG LODGEPOLE, | Case No. CV-16-110-GF-BMM-JTJ |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| EMERY NAULT, LENORA MEYERS-NAULT, and GLORIA LITTLE, | |
| Defendants. | |

THIS COURT, having read and reviewed the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Stipulation is authorized and this matter is dismissed with prejudice. Each party shall pay their respective attorneys' fees and costs.

DATED this <u>24th</u> day of <u>July</u>, 2018.

_____
Brian Morris
United States District Court Judge